NO CV30
N/S

UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2020
CENTRAL DISTRICT OF CALIFORNIA
BY STA    DEPUTY

ARTUROOSIEL VALENCIA BARRERA
(Plaintiff)

Case No. 2:20cv9443-JFW-SHK
(to be filled in by the Clerk's Office)

-v-

THE LOS ANGELES SHERIFFS DEPARTMENT, DEPUTY BASSETT, DEPUTY WATKINS, JOSEPH INIGUEZ, MICHAEL VILLALOBOS, A.C.L.U., AND OTHER UNNAMED PARTIES
(Defendants)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

On U.S. District Court case 2:20cv3804 and 2:20cv4339, I've received orders from Magistrate Judge Shashi H. Kewalramani for law library access but the Sheriffs Department and the legal unit have ignored those orders, three in total, which have caused unnecessary delay and most likely the denial, or dismissal, of both my federal Habeas Corpus and 1983 Civil Rights lawsuit. Also, the Legal Unit is withholding legal mail on those cases. I have not received the latest documents and the Sheriffs Department won't send out my mail. For these reasons, I am requesting appointed counsel; I am requesting a private investigator; I am requesting an order for emergency surgery on my clavicle, which medical is refusing; I am requesting for an order of unconditional release, and, if not, for movement to the Mens Central Jail, 750, pro per housing. I am being drugged, raped, tortured, and conspired against by the Sheriffs Custody Staff and multiple others at the Twin Towers Correctional Facility. Please help, my life is in danger.

I declare under penalty of perjury that the following is true and correct.
October 1, 2020                                    Arturo Valencia

1                                                                                      11

I.  The Parties to This Complaint
   A.  The Plaintiff(s)

   Name: Arturo Osiel Valencia Barrera

   ID Number / Current Institution: 5681587
   Twin Towers Correctional Facility
   450 Bauchet Street
   Los Angeles, CA 90012

   B.  The Defendant(s)

   Defendant No. 1
   Name: The Los Angeles Sheriff's Department
   Employer Address: The Los Angeles County of California, 4700 Ramona Blvd, Office of the County Counsel, Room 407, 4700 Ramona Boulevard, Monterey Park, CA 91754
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Deputy Bassett
   Los Angeles County Sheriff Deputy
   Employer Address: The Los Angeles County Sheriff's Department, 4700 Ramona Blvd, Office of the County Counsel, Room 407, 4700 Ramona Boulevard, Monterey Park, CA 91754
   [✓] Individual capacity  [✓] Official capacity

2 of 11

ALTURO VALENCIA
701 Pine Ave, Suite 107
Long Beach, CA 90813

LEGAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, Room 180
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 14 2020
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

10/01/20

DEPUTY ARREOLA

1042 HOURS